UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PHILLIP LEE JOSEPH, JR.            CIVIL ACTION

VERSUS            NO. 22-3288

TERREBONNE PARISH JAIL, ET AL.            SECTION "R" (5)

# ORDER

Plaintiff Phillip Lee Joseph, Jr. brought claims pursuant to 42 U.S.C. § 1983 against the Terrebonne Parish Criminal Justice Complex, Warden Rhonda Ledet, and certain unidentified parties, including the jail's kitchen supervisor and caterer.[1] In his complaint, plaintiff alleges that he choked on a piece of aluminum foil in his lunch in September of 2022, and that he now suffers from post-traumatic stress disorder because he is afraid that it will happen again.[2] Magistrate Judge Michael B. North issued a Report and Recommendation (the "R&R") in which he recommends that this Court dismiss plaintiff's complaint with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii) because it is frivolous and it fails to state a claim upon which relief can be granted.[3]

---

[1]      R. Doc. 6.
[2]      *Id.* at 7.
[3]      R. Doc. 7 at 1-2.

Plaintiff did not object to the R&R. Therefore, this Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error. Therefore, the Court adopts Magistrate Judge North's R&R as its opinion.

Accordingly, the Court orders plaintiff's claims are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __11th__ day of May, 2023.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE